```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

United States

     v.                          Case Nos. 09-cr-162-01-SM and
                                       09-cr-163-01-SM

Richard Joseph Perry


                                ORDER

     Re: Document Nos. 21 and 25, respectively:  MOTION for
        Reconsideration re Order on Motion to Continue

     Ruling:  Denied.  Defendant has had more than adequate time to review the pre-sentence report with counsel.  Participation in a local program designed to help others, while laudable, is not a sufficient basis upon which to grant a continuance.  The motion to reconsider raises another last minute reason for a continuance – delivery earlier this week of additional copies of checks defendant is said to have forged, which would be relevant to a determination of restitution.  But defendant says little that is specific about the need for additional time other than that he needs it.

                                                            _____
                                                            Steven J. McAuliffe
                                                            Chief Judge

Date:  March 31, 2010

cc:  Jeffrey Levin, Esq.
     William Morse, AUSA
     U.S. Probation
     U.S. Marshal